**Dismiss and Opinion Filed March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00071-CV

### LUCIEN B. CROSLAND, Appellant
### V.
### RODNEY J. ROHRICH, M.D., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06381**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is a February 24, 2015, joint motion to dismiss with prejudice. In the motion, the parties state they have reached a resolution of their disputes and no longer desire to pursue appeal of this matter. We grant the motion and dismiss this case. TEX. R. APP. P. 42.1(a)(1).


150071F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LUCIEN B. CROSLAND, Appellant

No. 05-15-00071-CV        V.

RODNEY J. ROHRICH, M.D., Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-06381.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

Based on the February 24, 2015, joint motion to dismiss with prejudice and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to the agreement by the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 11, 2015.